**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| In re:<br><br>SOCIAL NETWORKING TECHNOLOGY, INC.<br><br>Debtor. | ) | Chapter 7<br><br>Case No. 18-10177 |
| DARCY D. WILLIAMSON, not individually, but solely as Chapter 7 Trustee of SOCIAL NETWORKING TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST SPOTLIGHT, LP,<br><br>Defendant. | ) | Adversary. No. 20-5036 |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 502, 548, AND 550**

Defendant Comcast Cable Communications Management, LLC d/b/a Effectv and erroneously sued herein as Comcast Spotlight, LP ("Effectv"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012, hereby files this Motion to Dismiss Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C §§ 502, 548 and 550 (the "Motion"). The grounds for the Motion are set forth in the accompanying Memorandum in Support of Defendant's Motion to Dismiss Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C §§ 502, 548, and 550 filed contemporaneously herewith.

Dated: April 6, 2020

Respectfully submitted,

By: */s/ Brian M. Holland*

Brian M. Holland (KS# 19989)
Benjamin C. Struby (KS# 22243)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Phone: (816) 460-5329
Email: brian.holland@lathropgpm.com
benjamin.struby@lathropgpm.com

-and-

Matthew G. Summers*
Chantelle D. McClamb*
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Phone: (302) 252-4428
Email: summersm@ballardspahr.com
mcclambc@ballardspahr.com
(Motions for *pro hac vice* admission to be filed)

*Attorneys for Comcast Cable Communications Management, LLC d/b/a Effectv, erroneously sued as Comcast Spotlight, LP*

## CERTIFICATE OF SERVICE

I hereby certifies that on April 6, 2020, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 502, 548, AND 550** with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Brian M. Holland*
Brian M. Holland

*An Attorney for Comcast Cable Communications Management, LLC d//b/a Effectv, erroneously sued as Comcast Spotlight, LP*