IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:
Social Networking Technology, Inc

    Debtor(s)

Case No. 18-10177-7

_____

Darcy D. Williamson, *not individually, but solely as Chapter 7 Trustee of Social Networking Technology, Inc.*

    Plaintiff(s)

-vs-

Comcast Spotlight, LP.

    Defendant(s)

Adv. No. 20-5036

_____

## JUDGMENT

On June 29, 2020, the Honorable Dale L. Somers, United States Bankruptcy Judge for the District of Kansas, filed Memorandum Opinion and Order Denying Defendant's Motion to Dismiss which was entered on the docket on June 29, 2020.

IT IS THEREFORE ORDERED BY THE COURT that The Court denies Comcast's motion to dismiss Count I. Comcast's motion to dismiss Counts II and III is premised upon the dismissal of Count I. Since that count will not be dismissed, the motion to dismiss Counts II and III is also denied. For the forgoing reasons, Comcast's motion to dismiss the Complaint is denied.

DATED: 06/29/2020

DAVID D. ZIMMERMAN, CLERK
UNITED STATES BANKRUPTCY COURT

s/ Deborah Davis
**Deputy Clerk**